UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

CADONNA DENT, GIVONNI DENT,
GABRIEL KNIGHT and
VINCENT KNIGHT, JR.                                               PLAINTIFFS

VS.                                       CIVIL ACTION NO. 5:06cv00073-DCB-JMR

JAMES LEA and SCHNEIDER NATIONAL
CARRIERS, INC.                                                    DEFENDANTS

## AGREED ORDER

THIS CAUSE, having come before the Court on the joint motion *ore tenus* for an agreed order remanding this case, and being aware of the premises, the Court finds that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this case is remanded to the Adams County Circuit Court for further proceedings.

SO ORDERED AND ADJUDGED, this the 23rd day of June, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT COURT JUDGE


**APPROVED AS TO FORM AND CONTENT:**

/s/ Bryan H. Callaway
Bryan H. Callaway, Esq., Attorney for the Plaintiff


/s/ David C. Dunbar
David C. Dunbar, Esq. Attorney for the Defendants